# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

TRESSA TAYLOR MOORE,      )
          )
       Plaintiff,      )
          )
v.          )      Case No. CIV-17-416-JHP-KEW
          )
COMMISSIONER of the Social Security    )
Administration,      )
          )
          )
       Defendant.      )

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On November 6, 2018, the United States Magistrate Judge entered a Report and Recommendation recommending that Plaintiff's Motion for Attorney Fees Under 42 U.S.C.§406 (b) be granted, and that $26,170.75 be awarded to the Plaintiff's attorney. Defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on November 6, 2018, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 29th day of November, 2018.

James H. Payne
United States District Judge
Eastern District of Oklahoma